IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARTEN ENG,

    Plaintiff,

v.

WASHINGTON MUTUAL BANK, et al.,

    Defendants.

No. C 09-02673 WDB

ORDER DENYING PLAINTIFF'S EX PARTE APPLICATION FOR EXTENSION OF TIME FOR MOTION TO DISMISS

On June 24, 2009, Defendant JP Morgan Chase Bank filed a motion to dismiss. The hearing on the motion to dismiss is currently set for August 5, 2009, at 2:30 p.m. Plaintiff Martin Eng did not file an opposition, which was due on July 16, 2009. On July 17, 2009, Mr. Eng filed a motion to "Remand Case to State Court and Opposition to Removal of Action." The hearing on Mr. Eng's motion to remand is set for September 9, 2009, at 1:00 p.m. On July 20, 2009, Mr. Eng filed an ex parte application, seeking to extend time on the motion to dismiss to the September 9, 2009 hearing date. Mr. Eng's ex parte application is DENIED.

IT IS SO ORDERED.

Dated: July 31, 2009

                        WAYNE D. BRAZIL
                        United States Magistrate Judge